IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWIGHT EVENSON and
ARTISAN TRUCKERS AND
CASUALTY COMPANY,

                Plaintiffs,

    v.

DAVID M. SAGER, FEDERAL
EXPRESS CORPORATION and
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                Defendants.

ORDER

13-cv-740-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On November 19, 2013, plaintiff Dwight Evenson filed a motion to remand this case to the Circuit Court for Polk County, Wisconsin, dkt. #5.  Defendants filed no opposition to the motion and at the December 12, 2013 telephonic pretrial conference held by the magistrate judge, counsel for defendants reported that they do not oppose plaintiff's motion.

ORDER

IT IS ORDERED that plaintiff Dwight Evenson's motion to remand is GRANTED

1

and this case is REMANDED to the Circuit Court for Polk County, Wisconsin.

Entered this 12th day of December, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge